**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 01-6879**

─────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

QUINTON D. RAINEY, a/k/a Q,

Defendant - Appellant.

─────────

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Rebecca B. Smith, District Judge. (CR-94-69)

─────────

Submitted: October 18, 2001        Decided: October 25, 2001

─────────

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Quinton D. Rainey, Appellant Pro Se. Fernando Groene, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Quinton Rainey appeals from the district court's orders denying his motions to reconsider the denial of relief on his 28 U.S.C.A. § 2255 (West Supp. 2001) motion. Our review of the record and the district court's opinions disclose no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Rainey</u>, No. CR-94-69 (E.D. Va. Apr. 19, 2001; May 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>